# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 30, 2021

162227

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MICHAEL WAYNE HERRON,
      Defendant-Appellant.

SC: 162227
COA: 354433
Isabella CC: 2018-001967-FH

_____/

On order of the Court, the application for leave to appeal the September 15, 2020 order of the Court of Appeals is considered. We DIRECT the Isabella County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2021



Clerk

p0427